[No. 31724-5-I.    Division One.    May 23, 1994.]

JOHN SCANNELL, ET AL, *Plaintiffs*, PAUL SODERBERG,
*Appellant*, v. THE CITY OF SEATTLE, *Respondent*.

Appeal from a judgment of the Superior Court for King
County, No. 91-2-05730-3, Donald D. Haley, J., entered Octo-
ber 6, 1992. *Reversed* by unpublished per curiam opinion.

[No. 13076-2-III.    Division Three.    May 24, 1994.]

THE STATE OF WASHINGTON, *Respondent*, v. JASON
DONALD McCANN, *Appellant*.

Appeal from a judgment of the Superior Court for Spo-
kane County, No. 92-8-01543-5, Richard J. Schroeder, J.,
entered February 24, 1994. *Affirmed* by unpublished opinion
per Munson, J., concurred in by Sweeney, A.C.J., and Schul-
theis, J. Now published at 74 Wn. App. 650.

[No. 13004-5-III.    Division Three.    May 24, 1994.]

THE STATE OF WASHINGTON, *Respondent*, v. CHARLES S.
TILLMAN, *Appellant*.

Appeal from a judgment of the Superior Court for Spo-
kane County, No. 92-1-01743-2, Harold D. Clarke, J., entered
January 12, 1993. *Affirmed* by unpublished opinion per
Thompson, C.J., concurred in by Munson and Schultheis, JJ.

[No. 12671-4-III.    Division Three.    May 24, 1994.]

THE STATE OF WASHINGTON, *Respondent*, v. CHARLES L.
CURTISS, *Appellant*.

Appeal from a judgment of the Superior Court for Spo-
kane County, No. 91-8-00637-3, Michael E. Donohue, J.,
entered August 3, 1992. *Affirmed* by unpublished opinion per
Thompson, C.J., concurred in by Munson and Sweeney, JJ.